UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CYNTHIA FITZGERALD** ) | |
| ) | Case Number: No. 09-2361 |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | |
| ) | |
| **SENTRY CREDIT, INC.** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |

## STIPULATION OF DISMISSAL

AND NOW, this 22nd day of April, 2010, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice.

Warren & Vullings, LLP

BY: _/s/ Brent F. Vullings_
Brent F. Vullings, Esquire
Attorney for Plaintiff

Marshall, Dennehey

BY: _/s/ Andrew M. Schwartz_
Andrew M. Schwartz Esquire
Attorney for Defendant